IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANE BOOTH,

    Petitioner,

v.                                        CASE NO. 4:08-cv-433-WS-AK

WALTER A. MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Dane Booth. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **November 10, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  *7th*  day of October, 2008.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**