IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANE BOOTH,

    Petitioner,

v.                                                    CASE NO. 4:08-cv-433-WS-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This cause is before the Court on Petitioner's financial affidavit, which the Court construes as an amended motion for leave to proceed *in forma pauperis*. Doc. 6. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.

**DONE AND ORDERED** this *17th* day of December, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**