IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANE BOOTH,

    Petitioner,

v.                                                CASE NO. 4:08-cv-433-WS-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc.22, Petitioner's Second Motion for Extension of Time to File Reply. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his reply no later than **December 30, 2009**.

**DONE AND ORDERED** this  _3rd_  day of December, 2009.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**