Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANE BOOTH,

        Petitioner,

v.                        4:08cv433-WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 21, 2011.  See Doc. 29.  The magistrate judge recommends that the plaintiff's action be dismissed without prejudice for failure to prosecute and for failure to provide the court with a current address.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 29) is hereby ADOPTED and incorporated by reference into this order.

    2.  The petitioner's petition for writ of habeas corpus and this action are DISMISSED for failure to prosecute and for failure to provide the court with a current address.

    4.  The clerk shall enter judgment stating: "All claims are dismissed without

prejudice."

DONE AND ORDERED this <u>  9th  </u> day of <u>   August   </u>, 2011.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE